ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:25-MJ-151-SCR |
|---|---|
| Plaintiff, | 2:25-MJ-152-SCR |
| v. | 2:25-MJ-153-SCR |
| | 2:25-MJ-154-SCR |
| ERICK GUZMAN TOLENTINO, | 2:25-MJ-155-SCR |
| BRANDI EMERSON, | 2:25-MJ-157-SCR |
| LYLE COOPER, | 2:25-MJ-158-SCR |
| JUAN MUNOZ-GUZMAN, | |
| ELMER MONTIEL-ROMERO, | [PROPOSED] ORDER TO FILE REDACTED |
| BRIAN SEDGWICK, | COPY OF COMPLAINTS |
| LEON JAMES WHITELEY, | |
| Defendants. | |

The government's motion to unseal the above-referenced cases and file a redacted copy of the sealed complaints and affidavits is GRANTED.

Dated: October 21, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE