ERIC GRANT
United States Attorney
ROBERT C. ABENDROTH
NICOLE M. VANEK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00247-DJC |
| Plaintiff, | STIPULATION TO SCHEDULE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT AND ORDER |
| v. | |
| BRANDI EMERSON, | |
| Defendant. | |

**STIPULATION**

1.    By previous order, this matter was set for status on April 16, 2026.

2.    By this stipulation, the parties now move to reset the status as a change of plea hearing for the Court's calendar on April 23, 2026, and to exclude time between April 16, 2026, and April 23, 2026, under Local Code T2.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The Defendant appeared in the Eastern District of California on the indictment and discovery has been sent to counsel for the Defendant.  The government and the defendant have reached a plea agreement which will resolve this matter.  Counsel for the defendant has a scheduling conflict and requires additional time to prepare for a change of plea hearing.

b)    Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

account the exercise of due diligence.  The government does not object to this continuance.

c)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of April 16, 2026 to April 23, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T2] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act warrant time periods excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated:  March 5, 2026

ERIC GRANT
United States Attorney

By:  /s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney

Dated: March 5, 2026

/s/ ANTHONY CAPOZZI
ANTHONY CAPOZZI
Counsel for Defendant
BRANDI EMERSON

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

Based upon the representation contained in the attached STIPULATION, and for the reasons stated therein:

IT IS HEREBY ORDERED that the status in the above-captioned matter set for April 16, 2026 is reset and rescheduled for a change of plea on April 23, 2026 at 9:00 a.m.

Additionally, for the reasons stated in the stipulation, the Court finds that the time period of April 16, 2026 to April 23, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request to allow for reasonable preparation.  Therefore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED this 5th day of March, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3